September 13, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

GEORGE E. GUIDRY AND DWIGHT W. ANDRUS INSURANCE, INC., Appellants

NO. 14-11-00090-CV                    V.

ENVIRONMENTAL PROCEDURES, INC. AND ADVANCED WIRECLOTH, INC.,
Appellees
_____

This cause, an appeal from the judgment signed November 3, 2010 in favor of appellees Environmental Procedures, Inc. and Advanced Wirecloth, Inc., was heard on the transcript of the record. We have inspected the record and find legally insufficient evidence to support the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellees Environmental Procedures, Inc. and Advanced Wirecloth, Inc. take nothing on their claim that, as a result of their violations of the Texas Insurance Code, appellants George E. Guidry and Dwight W. Andrus Insurance, Inc. are liable to them (a) for actual damages in the amount that Ocean Marine Indemnity Company should have paid appellees, and (b) punitive damages and attorneys' fees predicated on this actual-damage award.

We order appellees Environmental Procedures, Inc. and Advanced Wirecloth, Inc., jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.